Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>      v.<br><br>MAYRA SOLIS-SANTOS,<br><br>                    Defendant. | No. CR14-059 RSL<br><br>ORDER GRANTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT SOLIS-SANTOS |

Having reviewed Defendant Mayra Solis-Santos' Stipulated Motion for Withdrawal and Substitution of Counsel,

IT IS HEREBY ORDERED that said motion is GRANTED; Michael Nance is permitted to withdraw and Jeffery Robinson and Joseph Campagna of Schroeter, Goldmark, & Bender are substituted as counsel for Defendant Solis-Santos.

//

//

//

//

ORDER GRANTING WITHDRAWAL
AND SUBSTITUTION OF COUNSEL - 1
(Case No. CR14-059 RSL)

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
(206) 622-8000

All further district court filings, papers, pleadings, court documents, and correspondence in this matter, exclusive of service of process, shall be served upon Defendant Solis-Santos by leaving a copy thereof with defense counsel at Schroeter, Goldmark & Bender.

DATED this 15th day of July, 2014.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

SCHROETER, GOLDMARK & BENDER

By: *s/ Jeffery Robinson*
    JEFFERY ROBINSON, WSBA #11950
    JOSEPH CAMPAGNA, WSBA #40263
*Substituting Attorney for Defendant Solis-Santos*

*s/ Michael C. Nance*
MICHAEL C. NANCE, WSBA #13933
*Withdrawing Attorney for Defendant Solis-Santos*

ORDER GRANTING WITHDRAWAL
AND SUBSTITUTION OF COUNSEL - 2
(Case No. CR14-059 RSL)

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
(206) 622-8000