The Honorable Robert S. Lasnik

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) **NO. CR14-0059RSL** |
| | ) |
| v. | ) **UNOPPOSED ORDER EXTENDING** |
| | ) **REPORTING DATE** |
| | ) |
| **MAYRA SOLIS SANTOS,** | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

The defendant, Mayra Solis Santos, by and through counsel, Robert Goldsmith respectfully requests that the defendant's reporting date of September 2, 2019, should be extended to September 30, 2019. This is due to the recent filing of the Amended Judgment containing a new judicial recommendation for placement, which was entered on August 21, 2019. As a result, the Bureau of Prisons is re-determining her placement in light of that recommendation. The United States, by and through Assistant United States Attorney, Nicholas Manheim, does not oppose this request.

IT IS HEREBY ORDERED that Mayra Solis Santos need not report for her sentence until September 30, 2019.

ORDER - 1

ROBERT W. GOLDSMITH
*Attorney at law*
705 Second Ave.
Seattle, WA  98104
(206) 623-1592

1

2    DONE this _29th_ day of _August_ , 2019.

3

4

5    _____

6    U.S. District Court Judge

7

8

9    Presented By:

10

11   S/ _____
     Robert Goldsmith, # 12265
12   Attorney for Defendant
     Email: bobgoldsmith52@gmail.com
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   ORDER - 2

28

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA  98104
(206) 623-1592